# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL JEAN SPEAR, BILLIE JEAN GERKE, and TWIN CEDARS CAMPING AND VACATION RENTALS, LLC,<br><br>      Defendants. | Case No. 2:22-cv-00439-BLW<br><br>**ORDER** |

Before the Court is plaintiff The United States of America's Motion to Advance Criminal Contempt Proceedings Under Federal Rule of Criminal Procedure 42(a) and Issue Bench Warrant (Dkt. 130). Good cause appearing, and for the reasons stated in the motion, the Court hereby **GRANTS** the motion and will proceed as outlined there.

    **IT IS SO ORDERED.**

DATED: February 11, 2025

B. Lynn Winmill
United States District Judge