UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JEAN SPEAR, BILLIE JEAN GERKE, and TWIN CEDARS CAMPING AND VACATION RENTALS, LLC,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00439-BLW<br><br>**ORDER** |

　　Before the Court is Defendants Billie Jean Gerke and Twin Cedars Camping and Vacation Rental, LLC's Motion for Permanent Injunction to Enjoin Mark Purlinger from Filing Any Documents on Behalf of Defendants. (Dkt. 157.)[1]

　　Gerke and Twin Cedars assert that it is apparent "from the record in this case" that Mr. Purlinger, a non-lawyer, has been advising co-defendant Michael Jean Spear and filing documents on his behalf. Dkt. 157, at 2. The motion, however, does not identify specific portions of the record supporting that assertion.

---

[1] The motion states that it is filed by Defendants "Billie Jean Gerke and Michael Jean Spear, by and through their attorney of record, Arthur M. Bistline, . . . ." Dkt. 157, at 1. The Court will presume this is an error, however, as Mr. Bistline does not represent Defendant Michael Jean Spear. He represents the other two named defendants: Billie Jean Gerke and Twin Cedars Camping & Vacation Rentals, LLC. The Court thus presumes that Gerke and Twin Cedars are the moving defendants.

1

Nor does it provide any other evidence establishing that Mr. Purlinger has drafted, signed, or filed documents in this matter. The only support offered is a reference to the filing at Docket Entry 142, but the Court is unable to locate Mr. Purlinger's name within that filing.

Under Idaho law, a non-attorney who represents another person in court engages in the unauthorized practice of law, which carries criminal penalties, including a $500 fine, six months' imprisonment, or both. Idaho Code § 3-420. Here, though, allegations that Mr. Purlinger has engaged in such conduct have not been supported, and the Court will not comb through each filing in this matter to determine whether there is a factual basis for this assertion.

Accordingly, the Motion (Dkt. 157) is **DENIED WITHOUT PREJUDICE.** The moving defendants are free to renew their motion, and if competent evidence is presented demonstrating that Mr. Purlinger is acting as an advocate or otherwise engaging in the unauthorized practice of law in this matter, the Court will address the issue as appropriate, including referral to the Idaho State Bar for investigation and possible criminal prosecution. Any such renewed motion should cite specific portions of the record and should include specific page numbers within any filing.

**IT IS SO ORDERED.**

DATED: March 3, 2026

_____
B. Lynn Winmill
U.S. District Court Judge